1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA ROCHA, | ) Case No. EDCV 14-0619-JAK (JPR) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF U.S. |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) MAGISTRATE JUDGE |
| Defendant. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed.

    Having reviewed the record, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS

1

ORDERED that judgment be entered reversing the decision of the Commissioner and entering judgment in Plaintiff's favor.

DATED: 8/10/15

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE