UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ROCHA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 14-0619-JAK (JPR) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: __8/10/15_____    _____
                              JOHN A. KRONSTADT
                              U.S. DISTRICT JUDGE